KILPATRICK TOWNSEND & STOCKTON LLP
DAVID E. SIPIORA (State Bar No. 124951)
KRISTOPHER L. REED (State Bar No. 235518)
EDWARD J. MAYLE (*pro hac vice*)
1400 Wewatta Street, Suite 600
Denver, Colorado 80202
Telephone:  (303) 571-4000
Facsimile:  (303) 571-4321
dsipiora@kilpatricktownsend.com
kreed@kilpatricktownsend.com
tmayle@kilpatricktownsend.com

EMIL W. HERICH (State Bar No. 116783)
9720 Wilshire Blvd. PH, Third Floor
Beverly Hills, CA 90212
Telephone: 310-248-3830
Facsimile: 310-860-0363
eherich@kilpatricktownsend.com

Attorneys for Defendants
*Broadcom Incorporated and Broadcom Corporation*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP,<br><br>Plaintiff,<br><br>v.<br><br>BROADCOM INCORPORATED AND BROADCOM CORPORATION,<br><br>Defendants. | C.A. No. 8:19-cv-00708-JLS-JDE<br><br>**DECLARATION OF EDWARD JOHN MAYLE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**<br><br>Judge: Hon. Josephine L. Staton<br>Hearing Date:  August 23, 2019<br>Hearing Time:  10:30 A.M.<br>Courtroom:  10A, 10th Floor |

I, Edward J. Mayle, hereby declare under 28 U.S.C. § 1746 as follows:

1. I am an attorney with Kilpatrick Townsend & Stockton LLP and am a counsel for Defendants (collectively "Broadcom") in this action. I am licensed to practice law in Colorado and the District of Columbia and am admitted here *pro hac vice*. I make this declaration on my personal knowledge, and, if called upon as a witness could and would testify competently to the matters set forth below.

2. Attached as Exhibit 1 is a true and correct copy of the cover and conclusion/order pages of the Final Written Decision in Case IPR2014-00518.

3. Attached as Exhibit 2 is a true and correct copy of the cover and conclusion/order pages of the Final Written Decision in Case IPR2014-00519.

4. Attached as Exhibit 3 is a true and correct copy of a disclaimer under 37 C.F.R. § 1.321(a) filed with the Patent Office on December 4, 2014 by the assignee of record of Patent No. 8,023,580.

5. Attached as Exhibit 4 is a true and correct copy of a disclaimer under 37 C.F.R. § 1.321(a) filed with the Patent Office on December 15, 2014 by the assignee of record of Patent No. 8,023,580.

6. Attached as Exhibit 5 is a true and correct copy of the cover and conclusion/order pages of the Final Written Decision in Case IPR2014-00892.

7. Attached as Exhibit 6 is a true and correct copy of the cover and conclusion/order pages of the Final Written Decision in Case IPR2014-00893.

8. Attached as Exhibit 7 is a true and correct copy of the cover and conclusion/order pages of the Final Written Decision in Case IPR2014-00895.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2019, at Denver, Colorado.

| | |
|---|---|
| 1 | */s/ Edward J. Mayle* |
| 2 | Edward J. Mayle |
|   | tmayle@kilpatricktownsend.com |
| 3 | KILPATRICK TOWNSEND & STOCKTON LLP |
|   | 1400 Wewatta Street, Suite 600 |
| 4 | Denver, CO 80202 |
|   | Tel: (303) 571-4000 |
| 5 | Fax: (303) 571-4321 |
| 6 | *Attorney for Defendants* |
|   | *Broadcom Incorporated and Broadcom* |
| 7 | *Corporation* |

DECL. OF MAYLE ISO DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS        - 2 -
CASE NO. 8:19-CV-00708-JLS-JDE