# EXHIBIT 4

PTO/SB/43 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DISCLAIMER IN PATENT UNDER 37 CFR 1.321(a)

| Name of Patentee | Docket Number (Optional) |
|---|---|
| Gordon Bremer | REMB_0109_USCON |

| Patent Number | Date Patent Issued |
|---|---|
| 8,023,580 | September 20, 2011 |

| Title of Invention |
|---|
| System And Method Of Communication Using At Least Two Modulation Methods |

I hereby disclaim the following complete claims in the above identified patent:
Claims 24, 26-28, 31, 33, 35-37, 39, 42, 45, 46, and 48.

The extent of my interest in said patent is (if assignee of record, state liber and page, or reel and frame, where assignment is recorded): Assignee of record as shown at chain of title recorded at (009844/0480), (019649/0818), and (027085/0636).

The fee for this disclaimer is set forth in 37 CFR 1.20(d).

☐ Patentee claims small entity status. See 37 CFR 1.27.

☐ Small entity status has already been established in this case, and is still proper.

☐ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☒ The Director is hereby authorized to charge any fees which may be required or credit any overpayment to Deposit Account No. 50-5519 .

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

Signed at Philadelphia, State of Pennsylvania, this 15 day of December 20 14 .

| /Michael A. Koptiw/ | 57,900 |
|---|---|
| Signature | Registration Number, if applicable |
| Michael A. Koptiw | 215-558-5740 |
| Typed or printed name of patentee/ attorney or agent of record | Telephone Number |

1800 JFK Boulevard, Suite 1700
Address
Philadelphia, Pennsylvania, 19103, United States of America
City, State, Zip Code or Foreign Country as applicable

This collection of information is required by 37 CFR 1.321. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*