# EXHIBIT 5

Trials@uspto.gov                                                                                              Paper 46
571-272-7822                                                              Date Entered: September 24, 2015

UNITED STATES PATENT AND TRADEMARK OFFICE
_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD
_____

SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS
AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA,
LLC, and SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
Petitioner,

v.

REMBRANDT WIRELESS TECHNOLOGIES, LP,
Patent Owner.
_____

Case IPR2014-00892
Patent 8,457,228 B2
_____

Before JAMESON LEE, HOWARD B. BLANKENSHIP, and
JUSTIN BUSCH, *Administrative Patent Judges.*

BLANKENSHIP, *Administrative Patent Judge.*

FINAL WRITTEN DECISION
*35 U.S.C. § 318(a) and 37 C.F.R. § 42.73*

I. BACKGROUND

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and Samsung Austin Semiconductor, LLC (collectively, "Petitioner") filed a request for *inter*

IPR2014-00892
Patent 8,457,228 B2

Dr. Koopman's testimony based on anything contained in Exhibits 1326 and 1339.  Nor do we rely on Exhibits 1340 and 1341, which were submitted by Petitioner as further evidence to show that PPM is a modulation method.  Accordingly, Patent Owner's motion to exclude is *dismissed* as moot.

### III. CONCLUSION

Petitioner has demonstrated by a preponderance of the evidence that claims 1–3, 5, and 10–20 are unpatentable for obviousness over APA and Boer.

### IV. ORDER

In consideration of the foregoing, it is

ORDERED that claims 1–3, 5, and 10–20 of the '228 patent are *unpatentable*; and

FURTHER ORDERED that Patent Owner's motion to exclude evidence is *dismissed*; and

FURTHER ORDERED that, because this is a final written decision, parties to the proceeding seeking judicial review of the decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.