# EXHIBIT 6

Trials@uspto.gov
571-272-7822

Paper 44
Date Entered:  September 24, 2015

UNITED STATES PATENT AND TRADEMARK OFFICE
_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD
_____

SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS
AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA,
LLC, and SAMSUNG AUSTIN SEMICONDUCTOR, LLC,
Petitioner,

v.

REMBRANDT WIRELESS TECHNOLOGIES, LP,
Patent Owner.
_____

Case IPR2014-00893
Patent 8,457,228 B2
_____

Before JAMESON LEE, HOWARD B. BLANKENSHIP, and
JUSTIN BUSCH, *Administrative Patent Judges.*

BLANKENSHIP, *Administrative Patent Judge.*

FINAL WRITTEN DECISION
*35 U.S.C. § 318(a) and 37 C.F.R. § 42.73*

I. BACKGROUND

Samsung Electronics Co. Ltd., Samsung Electronics America, Inc.,

Samsung Telecommunications America, LLC, and Samsung Austin

Semiconductor, LLC (collectively, "Petitioner") filed a request for *inter*

IPR2014-00893
Patent 8,457,228 B2

## IV. ORDER

In consideration of the foregoing, it is

ORDERED that claims 22, 23, and 25 of the '228 patent are *unpatentable*; and

FURTHER ORDERED that Patent Owner's motion to exclude evidence is *dismissed*; and

FURTHER ORDERED that, because this is a final written decision, parties to the proceeding seeking judicial review of the decision must comply with the  notice and service requirements of 37 C.F.R. § 90.2.