1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
8                              SOUTHERN DIVISION
9

| 10 | REMBRANDT WIRELESS TECHNOLOGIES, LP, | C.A. No. 8:19-cv-00708-JLS-JDE |
|----|---|---|
| 11 | | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)** |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | BROADCOM INCORPORATED AND BROADCOM CORPORATION, | |
| 15 | Defendants. | |

17
18    Before the Court is Defendants' Motion to Dismiss Under Fed. R. Civ. P.
19 12(b)(6).
20    The Court finds that Patent No. 8,457,228 and Patent No. 8,023,580 are
21 directed to a patent ineligible abstract idea and that the claims of these patents do
22 not recite an inventive concept that is sufficient to ensure that the patents in practice
23 amount to significantly more than patents upon the ineligible abstract idea itself.
24 Therefore, the claims of these patents are invalid. *See* 35 U.S.C. § 101; *Alice Corp.*
25 *Pty. V. CLS Bank Int'l*, 573 U.S. 208 (2014).
26    IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Under Fed.
27 R. Civ. P. 12(b)(6) is GRANTED.
28

1 | Dated: _____, 2019.

Josephine L. Staton
United States District Judge