David M. Stein (State Bar No. 198256)
dstein@ggtriallaw.com
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Phone: 949.383.2800
Fax: 949.383.2801

Michael F. Heim (Admitted *Pro Hac Vice*)
mheim@hpcllp.com
Eric J. Enger (Admitted *Pro Hac Vice*)
eenger@hpcllp.com
Blaine A. Larson (Admitted *Pro Hac Vice*)
blarson@hpcllp.com
Christopher M. First (Admitted *Pro Hac Vice*)
cfirst@hpcllp.com
**HEIM, PAYNE & CHORUSH LLP**
1111 Bagby St., Suite 2100
Houston, TX 77002
Phone: 713.221.2000
Fax: 713.221.2021

Attorneys for Plaintiff *Rembrandt Wireless Technologies, LP*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP,<br><br>  Plaintiff,<br><br>  v.<br><br>BROADCOM INC, et al.<br><br>  Defendants. | Case No. 8:19-cv-00708-JLS-JDE<br><br>**JOINT MOTION TO DISMISS**<br><br><br>The Hon. Josephine L. Staton |

Plaintiff Rembrandt Wireless Technologies, LP and Defendants Broadcom Incorporated and Broadcom Corporation ("the Parties") have resolved all claims for relief asserted in the above-captioned case and therefore file this Joint Motion to Dismiss this case with prejudice.  The Parties agree that each party shall bear its own respective costs, expenses and fees in this matter. The Parties further request that the Court issue the attached proposed order.

| | | |
|---|---|---|
| 1 | Dated: March 25, 2020 | |
| 2 | Respectfully submitted, | Respectfully submitted, |
| 3 | | |
| 4 | /s/ Eric J. Enger | /s/ David E. Sipiora |
|   | Michael F. Heim | David E. Sipiora |
| 5 | (Admitted *Pro Hac Vice*) | (State Bar No. 124951) |
|   | mheim@hpcllp.com | dsipiora@kilpatricktownsend.com |
| 6 | Eric J. Enger | Kristopher L. Reed |
| 7 | (Admitted *Pro Hac Vice*) | kreed@kilpatricktownsend.com |
|   | eenger@hpcllp.com | (State Bar No. 235518) |
| 8 | Blaine A. Larson | Edward J. Mayle (*pro hac vice*) |
| 9 | (Admitted *Pro Hac Vice*) | tmayle@kilpatricktownsend.com |
|   | blarson@hpcllp.com | **KILPATRICK TOWNSEND &** |
| 10 | Christopher M. First | **STOCKTON, LLP** |
| 11 | (Admitted *Pro Hac Vice*) | 1400 Wewatta Street, Suite 600 |
|    | cfirst@hpcllp.com | Denver, Colorado 80202 |
| 12 | Alden G. Harris | Telephone: (303) 571-4000 |
| 13 | (Admitted *Pro Hac Vice*) | Facsimile: (303) 571-4321 |
|    | aharris@hpcllp.com | |
| 14 | **HEIM, PAYNE & CHORUSH LLP** | Russel A. Korn (*pro hac vice*) |
| 15 | 1111 Bagby St., Suite 2100 | rkorn@ kilpatricktownsend.com |
|    | Houston, TX 77002 | Andrew N. Saul (*pro hac vice*) |
| 16 | Phone: 713-221-2000 | asaul@ kilpatricktownsend.com |
| 17 | | **KILPATRICK TOWNSEND &** |
| 18 | Demetrios Anaipakos | **STOCKTON, LLP** |
|    | (Admitted *Pro Hac Vice*) | 1100 Peachtree St NE, Suite 2800 |
| 19 | danapaikos@azalaw.com | Atlanta, GA 30309 |
| 20 | Amir Alavi | Telephone: (404) 815-6585 |
|    | (Admitted *Pro Hac Vice*) | Facsimile: (404) 541-4632 |
| 21 | aalavi@azalaw.com | |
| 22 | Alisa Lipski | Emil W. Herich |
|    | (Admitted *Pro Hac Vice*) | (State Bar No. 116783) |
| 23 | alipski@azalaw.com | eherich@kilpatricktownsend.com |
| 24 | Kyril Talanov | **KILPATRICK TOWNSEND &** |
|    | (Admitted *Pro Hac Vice*) | **STOCKTON, LLP** |
| 25 | ktalanov@azalaw.com | 9720 Wilshire Blvd. PH, Third Floor |
| 26 | Louis Liao | Beverly Hills, CA 90212 |
|    | (Admitted *Pro Hac Vice*) | Telephone: 310-248-3830 |
| 27 | lliao@azalaw.com | Facsimile: 310-860-0363 |
| 28 | **AHMAD, ZAVITSANOS,** | |

| | | |
|---|---|---|
| 1 | **ANAIPAKOS, ALAVI & MENSING, P.C.** | *Attorneys for Defendants Broadcom Incorporated and Broadcom Corporation* |
| 2 | 1221 McKinney Street, Suite 3460 | |
| 3 | Houston, TX 77010 | |
| 4 | Phone: 713-655-1101 | |
| 5 | David M. Stein (State Bar No. 198256) | |
| 6 | dstein@ggtriallaw.com<br>**GREENBERG GROSS LLP** | |
| 7 | 650 Town Center Drive, Suite 1700 | |
| 8 | Costa Mesa, CA 92626<br>Phone: 949-383-2800 | |
| 9 | | |
| 10 | *Attorneys for Plaintiff Rembrandt Wireless Technologies, L.P.* | |