**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| REMBRANDT WIRELESS TECHNOLOGIES, LP, | Case No. 8:19-cv-00708-JLS-JDE |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | The Hon. Josephine L. Staton |
| BROADCOM INC, et al. | |
| Defendants. | |

1. The Parties, Plaintiff Rembrandt Wireless Technologies, LP ("Rembrandt") and Defendants Broadcom Incorporated and Broadcom Corporation ("Broadcom"), announced to the Court that they have resolved all claims for relief asserted in this case. Rembrandt and Broadcom have therefore requested that the Court dismiss all claims of relief pending in this Case with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that the Joint Motion to Dismiss should be GRANTED. It is therefore ORDERED that the above-captioned case is hereby DISMISSED with prejudice, and each party shall bear its own respective costs, expenses and fees in this matter.

**IT IS SO ORDERED.**

**DATED:** March 26, 2020

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE